STATE OF NEW JERSEY v. MICHAEL MILLER.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE BOONE.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WHELAN.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD KING.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSIAH WIDEMAN.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. COREY A. COHEN.

June 15, 1976. Petition for certification granted. (See 139 *N. J. Super.* 561)